BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:13-mj-00124-SKO |
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT AND TRIAL;ORDER |
| v. | To: |
| MICHAEL A. SEAWARD, | DATE:     Thursday, June 27, 2013 |
| Defendant. | TIME:     10:00 am |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Ian P. Whitney, Counsel for Plaintiff, and Janet Bateman, Counsel for Defendant Michael A. Seaward, that the trial currently set for Thursday, June 20, 2013, at 9:00 a.m. be vacated and the arraignment scheduled for Thursday, June 20, 2013, **may be continued to Thursday, June 27, 2013, at 10:00 a.m. before Judge Barbara A. McAuliffe.**

The parties base this stipulation on good cause.  The parties need additional time to explore a plea agreement in this matter.

//

//

- 1 -     STIPULATION TO CONTINUE STATUS CONFERENCE
                       AND ORDER THEREON

1
2                                       BENJAMIN B. WAGNER
                                        United States Attorney
3  Dated: June 18, 2013         By:      /s/ Ian P. Whitney
                                        IAN P. WHITNEY
4                                       Special Assistant U.S. Attorney
5
6  Dated: June 18, 2013         By:      /s/ Janet Bateman
                                        JANET BATEMAN
7                                       Attorney For Defendant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

**IT IS SO ORDERED.** The trial date set for Thursday, June 20, 2013 at 9:00 a.m. is vacated and the arraignment set for Thursday, June 20, 2013 at 9:00 a.m. is continued to Thursday, June 27, 2013 at 10:00 a.m. before Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **June 19, 2013**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUGE