1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN P. WHITNEY
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          Case No. 1:13-mj-00124-SKO

13              Plaintiff,
                                      MOTION AND ORDER FOR DISMISSAL
14 v.

15 MICHAEL A. SEAWARD,

16              Defendant.

17

18

19      The United States of America, by and through Benjamin B. Wagner,

20 United States Attorney, and Ian P. Whitney, Special Assistant United

21 States Attorney, hereby moves to dismiss the Information against

22 Michael A. Seaward, without prejudice in the interest of justice,

23 pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

24 DATED: July 18, 2013                 Respectfully submitted,

25
                                        BENJAMIN B. WAGNER
26                                      United States Attorney

27                          By:      /s/ Ian P. Whitney
                                     IAN P. WHITNEY
28                                   Special Assistant U.S. Attorney

1

**O R D E R**

1

2        IT IS HEREBY ORDERED that the Information against Michael A.

3   Seaward, be dismissed, without prejudice, in the interest of justice.

4

IT IS SO ORDERED.

5

6    Dated:   **July 22, 2013**                   /s/ *Barbara A. McAuliffe*

7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28